B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ABRHAM, RICHARD JAMES** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>rja/architects      rja-architects, llc | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  6143      EIN:36-3155704 for rja/a<br>EIN:26-0776144 for rja-a, llc | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**SIX EAST MONROE STREET<br>CHICAGO, ILLINOIS 60603<br>UNIT 300**          ZIP CODE **60603** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**COOK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other<br>**ARCHITECT** | ☒ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9              Recognition of a Foreign<br>☐ Chapter 11            Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13          ☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
| | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer       ☒ Debts are primarily<br>debts, defined in 11 U.S.C.              business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B 1 (Official Form 1) (1/08)                                                                                          Page 2

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): ABRHAM, RICHARD JAMES |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

__Northern__ District Of _____Illinois_____

In re ___ABRHAM, RICHARD JAMES___,
　　　　　　　　Debtor

Case No. _____

Chapter __7__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | X | 1 | $ 713,000 | 600,000 | |
| B - Personal Property | X | 3 | $ 88,833 | | |
| C - Property Claimed as Exempt | X | 1 | | | |
| D - Creditors Holding Secured Claims | X | 2 | | $ 622,166 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | X | 3 | | $ 1,484,195 | |
| F - Creditors Holding Unsecured Nonpriority Claims | X | 2 | | $ 29,929 | |
| G - Executory Contracts and Unexpired Leases | X | 1 | | | |
| H - Codebtors | | 1 | | | |
| I - Current Income of Individual Debtor(s) | X | 4 | | | $ 9,652 |
| J - Current Expenditures of Individual Debtors(s) | X | 1 | | | $ 20,973 |
| TOTAL | | 19 | $ 801,833 | $ 2,736,290 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

<u>Northern</u> District Of <u>Illinois</u>

In re <u>ABRHAM, RICHARD JAMES</u>,　　　　　Case No. _____
　　　　　　　Debtor

　　　　　　　　　　　　　　　　　　　　　Chapter ___7___

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $1,500 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0 |
| Student Loan Obligations (from Schedule F) | $0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0 |
| TOTAL | $1,500 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $9,657 |
| Average Expenses (from Schedule J, Line 18) | $20,973 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $3,744 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 1,484,195 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ 29,929 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 1,514,124 |

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

_____Northern_____ **District of** _____Illinois_____

In re__ABRHAM, RICHARD JAMES__          Case No._____
          Debtor(s)                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** **ABRHAM, RICHARD JAMES** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

   312.683.9000
   Telephone Number (if not represented by attorney)

   10 OCTOBER 2008
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

   _____
   (Printed Name of Foreign Representative)

   _____
   Date

### Signature of Attorney*

X _____
   Signature of Attorney for Debtor(s)

   _____
   Printed Name of Attorney for Debtor(s)

   _____
   Firm Name

   _____
   Address

   _____
   Telephone Number

   _____
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

   _____
   Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

   _____
   Printed Name of Authorized Individual

   _____
   Title of Authorized Individual

   _____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

_____Northern_____ **District of** _____Illinois_____

In re__ABRHAM, RICHARD JAMES__          Case No._____
          Debtor(s)                                    (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

☒1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

**Official Form 1, Exh. D (10/06) – Cont.**

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: __10 OCTOBER 2008__

2

B6A (Official Form 6A) (12/07)

In re  ABRHAM, RICHARD JAMES                    ,          Case No. _____
Debtor                                                        (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| CONDOMINIUM SIX EAST MONROE STEET CHICAGO, ILLINOIS 60603 | CO OWNER | J | $713,000 | $600,000 |
| | | Total▶ | $713,000 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  ABRHAM, RICHARD JAMES                    ,        Case No. _____
                    **Debtor**                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | TWO FROZEN CHECKING ACCOUNTS AT LAKESIDE BANK  CHECKING ACCOUNT AT CHASE BANK | | $2,000  $5,684 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | $2,500 AT SIX EAST MONROE | | $2,500 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | $500 AT SIX EAST MONROE | | $500 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   ABRHAM, RICHARD JAMES                ,                    Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% INTEREST RJA-ARCHITECTS, LLC 6 E. MONROE STREET CHICAGO, ILLINOIS  60603 | | $0 |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | OUTSTANDING INVOICES TO RJA-ARCHITECTS, LLC 6 E. MONROE STREET CHICAGO, ILLINOIS  60603 | | $53,583 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   ABRHAM, RICHARD JAMES                    ,            Case No. _____
            Debtor                                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 PONTIAC G6 6 E. MONROE  CHICAGO, ILLINOIS | | $20,000 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | OFFICE EQUIPMENT/SUPPLIES 6 E. MONROE  CHICAGO, ILLINOIS | | $4,566 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____ continuation sheets attached   Total▶   $ 88,833

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re   ABRHAM, RICHARD JAMES_____,          Case No. _____
               **Debtor**                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
   ☐ 11 U.S.C. § 522(b)(2)
X  ☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| CONDOMINIUM AT SIX EAST MONROE ST. CHICAGO, ILLINOIS 60603 | | $7,500 | $713,000 |
| PERSONAL PROPERTY | | $2,000 | $2,500 |
| BUSINESS TOOLS | | $750 | $4.566 |

B6D (Official Form 6D) (12/07)

In re    ABRHAM, RICHARD JAMES       ,       Case No. _____
                Debtor                                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   LAKESIDE BANK 00006579449 1055 W. ROOSEVELT RD. CHICAGO, ILLINOIS 60608 | X | JOINT | JAN. 2005 MORTGAGE<br>VALUES $713,000 | | X | | $600,000 | |
| ACCOUNT NO.   GMAC 154-9105-58588 PO BOX 380902 BLOOMINGTON, MINN. 55438 | | | FEB. 2007 AUTO LOAN<br>VALUE $ | | | | $22,166 | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ___ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ 622,166 | $ |
| | | | Total ▶ (Use only on last page) | | | | $ 622,166 | $ |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) – Cont.

2

In re ABRHAM, RICHARD JAMES ,  Case No. _____
**Debtor** **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| Sheet no __ of __ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (s)► (Total(s) of this page) | | | | $ | $ |
| | | | Total(s) ► (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re   ABRHAM, RICHARD JAMES          ,                    Case No._____
                    **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☒ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (12/07) – Cont.

In re  ABRHAM, RICHARD JAMES _____ ,      Case No._____
                    **Debtor**                              **(if known)**

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____ continuation sheets attached

B6E (Official Form 6E) (12/07) -- Cont.

In re  ABRHAM, RICHARD JAMES_____ ,     Case No. _____
_____Debtor_____          _____(if known)_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> BARBARA J. W. ABRHAM <br> 1455 N. SANDBURG TERR. <br> CHICAGO, ILL. 60610 | | | DEC. 2007 TO OCT. 2008 ALIMONY | | | | 13,500 | 13,500 | |
| Account No. <br><br> MENTOR BUILDING CONDOMINIUM ASSOCIATION SIX EAST MONROE STREET CHICAGO, ILLINOIS 60603 | | | JULY TO OCT. 2008 ASSESSMENTS | | | | 8,674 | 8,674 | |
| Account No. <br><br> CASABLANCA LOFTS, LLC % DOUGLAS W. LOHMAR 111 W. WASHINGTON ST. CHICAGO, ILLINOIS 60602 | | | 3 MARCH 2008 JUDGEMENT | | | | 1,469,521 | 1,469,521 | |
| Account No. <br><br> | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶ (Totals of this page) | $ 1,491,695 | $ 1,491,695 |
| Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 1,491,695 | |
| Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 1,491,695    $ |

B6F (Official Form 6F) (12/07)

In re  ABRHAM, RICHARD JAMES                    ,          Case No. _____
                    Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6588DW  FIRE CONTROL 255 ALDERMAN AVENUE WHEELING, ILLINOIS 60090 | | | 1-24-08 | | | | $1,777 |
| ACCOUNT NO.  ST. JOHNS PLUMBING 1045 ALGONQUIN ROAD ALGONQUIN, ILLINOIS 60102 | | | 3-26-08 | | | | $6,943 |
| ACCOUNT NO.  AMERICAN RIGGING SERVICES, INC. 2304 SPRING RIDGE DRIVE SPRING GROVE, ILLINOIS 60081 | | | 9-27-06 2-23-06 9-19-06 9-19-06 | | | | $3,228 $435 $9,274 $4,180 |
| ACCOUNT NO.  YELLOW PAGES UNITED PO BOX 95450 ATLANTA, GA. 30347 | | | 9-26-07 | | | | $592 |

_____continuation sheets attached

Subtotal▶ $ 26,429

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   ABRHAM, RICHARD JAMES          ,        Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **M & B ELECTRIC MICHEAL BORCEAN 609 W. EDGEWOOD RD. LOMBARD, IL. 60148** | | | APRIL, 2008 | | | | $3,500 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 3,500

Total▶ | $ 29,929
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  ABRHAM, RICHARD JAMES_____ ,          Case No._____
             **Debtor**                                         **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

B6H (Official Form 6H) (12/07)

In re  ABRHAM, RICHARD JAMES              ,                    Case No. _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BARBARA J. W. ABRHAM<br>1455 NORTH SANDBURG TERRACE<br>CHICAGO, ILLINOIS 60610 | LAKESIDE BANK<br>LOAN DEPARTMENT<br>1055 WEST ROOSEVELT ROAD<br>CHICAGO, ILLINOIS 60608 |

B6I (Official Form 6I) (12/07)

In re  ABRHAM, RICHARD JAMES          ,          Case No. _____
           **Debtor**                                                      **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: **DIVORCED** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | ARCHITECT | |
| Name of Employer | RJA-ARCHITECTS, LLC | |
| How long employed | 1 YEAR | |
| Address of Employer | SIX EAST MONROE STREET CHICAGO, ILLINOIS 60603 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| | $ 4,225.00 | $ |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0 | $ |
| 2. Estimate monthly overtime | | |
| 3. SUBTOTAL | $ 4,225.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 730.80 | $ |
| b. Insurance | $ 0 | $ |
| c. Union dues | $ 0 | $ |
| d. Other (Specify): _____ | $ 0 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 730.80 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 3,494.20 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 9,300.00 | $ |
| 8. Income from real property | $ 6,163.00 | $ |
| 9. Interest and dividends | $ 0 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ x 0 | $ |
| 11. Social security or government assistance (Specify): _____ | $ 0 | $ |
| 12. Pension or retirement income | $ 0 | $ |
| 13. Other monthly income (Specify): _____ | $ 0 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 15,463.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 18,957.20 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from lime 15) | | $ 18,957.20 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

I ANTICIPATE AN ONGOING AND SEVERE REDUCTION IN BUSINESS AND INCOME FOR THE COMING YEAR DUE TO THE ECONOMIC DOWNTURN.

# MONTHLY SUMMARY TO DATE BY LEDGER ACCOUNT - 2008

Lakeside Bank | Count Of Transactions: 226   Page No. 1 of 3 | Date Of This Printing: 10/8/2008

| LEDGER CATEGORY / ACCOUNT | | | ACCOUNT TOTAL INCOME | EXPENSE | % |
|---|---|---|---|---|---|
| **4** | **April** | | $14,826.20 | $13,159.49 | 14.07% |
| | 1100 | Fees Architecture | 3 $14,826.20 | $0.00 | 0.00% |
| | 3310 | Electric | 1 | $234.41 | 0.25% |
| | 3330 | Cell Phones | 1 | $60.26 | 0.06% |
| | 3340 | Internet Service | 3 | $51.95 | 0.06% |
| | 3500 | Telephones | 2 | $208.65 | 0.22% |
| | 3610 | Office Supplies | 1 | $24.57 | 0.03% |
| | 3630 | Postage/Shipping/Delivery | 3 | $146.55 | 0.16% |
| | 3670 | Office Equipment Rental | 1 | $78.54 | 0.08% |
| | 3671 | Office Equipment Purchase | 1 | $140.61 | 0.15% |
| | 3700 | Repairs & Maintenance | 1 | $72.50 | 0.08% |
| | 3940 | Hospitalization Insurance | 1 | $1,044.12 | 1.12% |
| | 4100 | Fees Consultant | 1 | $1,000.00 | 1.07% |
| | 5200 | Reimbursable | 2 | $828.74 | 0.89% |
| | 5290 | Misc. Reimbursable Expense | 1 | $370.00 | 0.40% |
| | 6500 | Tolls, Cabs, Parking | 2 | $302.00 | 0.32% |
| | 7000 | Promotion | 4 | $477.49 | 0.51% |
| | 9000 | Payroll | 8 | $5,738.40 | 6.13% |
| | 9200 | Federal Withholding Tax | 2 | $2,080.30 | 2.22% |
| | 9500 | State Unemployment | 1 | $93.60 | 0.10% |
| | 9600 | State Withholding Tax | 1 | $206.80 | 0.22% |
| **5** | **May** | | $1,932.00 | $12,925.22 | 13.82% |
| | 1100 | Fees Architecture | 3 $1,932.00 | $0.00 | 0.00% |
| | 3310 | Electric | 1 | $139.86 | 0.15% |
| | 3400 | Interest Expense | 1 | $3,558.67 | 3.80% |
| | 3500 | Telephones | 1 | $22.88 | 0.02% |
| | 3610 | Office Supplies | 1 | $217.00 | 0.23% |
| | 3630 | Postage/Shipping/Delivery | 2 | $103.01 | 0.11% |
| | 4100 | Fees Consultant | 1 | $1,000.00 | 1.07% |
| | 7100 | Business Entertainment | 1 | $45.00 | 0.05% |
| | 7400 | Reprints/Photos/Publications | 1 | $88.00 | 0.09% |
| | 9000 | Payroll | 8 | $5,738.40 | 6.13% |
| | 9200 | Federal Withholding Tax | 1 | $1,805.60 | 1.93% |
| | 9600 | State Withholding Tax | 1 | $206.80 | 0.22% |
| **6** | **June** | | $40,751.70 | $40,513.93 | 43.31% |
| | | | 2 | $58.37 | 0.06% |
| | 1100 | Fees Architecture | 2 $40,751.70 | $0.00 | 0.00% |
| | 3201 | Mortgage Payment | 1 | $950.03 | 1.02% |
| | 3310 | Electric | 1 | $126.02 | 0.13% |
| | 3330 | Cell Phones | 2 | $177.59 | 0.19% |
| | 3401 | Mortgage Interest | 2 | $9,579.84 | 10.24% |
| | 3500 | Telephones | 3 | $411.71 | 0.44% |
| | 3601 | Rent | 1 | $289.00 | 0.31% |
| | 3602 | Assessments | 7 | $6,523.36 | 6.97% |
| | 3603 | Property Taxes | 1 | $4,318.98 | 4.62% |
| | 3610 | Office Supplies | 4 | $957.11 | 1.02% |
| | 3630 | Postage/Shipping/Delivery | 1 | $28.22 | 0.03% |
| | 3641 | Office Entertainment | 3 | $50.73 | 0.05% |
| | 3650 | Other Office Expense | 2 | $945.25 | 1.01% |
| | 3671 | Office Equipment Purchase | 2 | $268.81 | 0.29% |
| | 3700 | Repairs & Maintenance | 4 | $93.50 | 0.10% |
| | 3710 | Leasehold Improvements | 2 | $2,000.00 | 2.14% |
| | 3940 | Hospitalization Insurance | 2 | $2,068.24 | 2.23% |
| | 4100 | Fees Consultant | 2 | $3,000.00 | 3.21% |
| | 4150 | Fees Civil Consultant | 2 | $1,500.00 | 1.60% |

rja/a,llc

rja/architects, llc

# MONTHLY SUMMARY TO DATE BY LEDGER ACCOUNT - 2008

Lakeside Bank

Count Of Transactions: 226    Page No. 2 of 3    Date Of This Printing: 10/8/2008

| LEDGER CATEGORY / ACCOUNT | | | ACCOUNT TOTAL | | % |
|---|---|---|---|---|---|
| | | | INCOME | EXPENSE | |
| 4230 | Fees Legal | 1 | | $457.00 | 0.49% |
| 6200 | Meals | 1 | | $150.32 | 0.16% |
| 6300 | Lodging | 3 | | $508.50 | 0.54% |
| 6400 | Automobile Gas & Oil | 7 | | $482.12 | 0.52% |
| 6500 | Tolls, Cabs, Parking | 23 | | $419.00 | 0.45% |
| 7400 | Reprints/Photos/Publications | 3 | | $28.63 | 0.03% |
| 8100 | Professional Registration & Dues | 1 | | $190.00 | 0.20% |
| 8200 | Continuing Education | 1 | | $30.00 | 0.03% |
| 9000 | Payroll | 4 | | $2,869.20 | 3.07% |
| 9200 | Federal Withholding Tax | 1 | | $1,805.60 | 1.93% |
| 9600 | State Withholding Tax | 1 | | $206.80 | 0.22% |
| **7  July** | | | **$9,000.00** | **$5,573.76** | **5.96%** |
| 1100 | Fees/Architecture | 1 | | $0.00 | 0.00% |
| 3500 | Telephones | 2 | $9,000.00 | $0.00 | 0.00% |
| 3630 | Postage/Shipping/Delivery | 1 | | $100.42 | 0.11% |
| 9000 | Payroll | 1 | | $22.53 | 0.02% |
| 9200 | Federal Withholding Tax | 4 | | $2,869.20 | 3.07% |
| 9500 | State Unemployment | 3 | | $1,552.36 | 1.66% |
| 9600 | State Withholding Tax | 1 | | $0.00 | 0.00% |
| 9700 | Owner Draws | 1 | | $129.25 | 0.14% |
| | | 1 | | $900.00 | 0.96% |
| **8  August** | | | **$5,099.55** | **$8,128.93** | **8.69%** |
| 1000 | Miscellaneous Income | 2 | $660.55 | $0.00 | 0.00% |
| 1100 | Fees/Architecture | 2 | $2,780.00 | $0.00 | 0.00% |
| 1500 | Reimbursement | 2 | $1,659.00 | $0.00 | 0.00% |
| 3300 | Utilities | 1 | | $183.68 | 0.20% |
| 3330 | Cell Phones | 1 | | $57.03 | 0.06% |
| 3500 | Telephones | 2 | | $181.80 | 0.19% |
| 3630 | Postage/Shipping/Delivery | 5 | | $209.03 | 0.22% |
| 5200 | Reimbursable | 1 | | $225.00 | 0.24% |
| 9000 | Payroll | 8 | | $5,738.40 | 6.13% |
| 9200 | Federal Withholding Tax | 1 | | $902.80 | 0.97% |
| 9600 | State Withholding Tax | 1 | | $103.40 | 0.11% |
| 9700 | Owner Draws | 1 | | $527.79 | 0.56% |
| **9  September** | | | **$18,038.81** | **$13,236.15** | **14.15%** |
| 1000 | Miscellaneous Income | 3 | | $0.00 | 0.00% |
| 1100 | Fees/Architecture | 1 | $146.11 | $0.00 | 0.00% |
| 1500 | Reimbursement | 4 | $16,414.75 | $0.00 | 0.00% |
| 3201 | Mortgage Payment | 2 | $1,478.95 | $0.00 | 0.00% |
| 3300 | Utilities | 1 | | $91.17 | 0.10% |
| 3330 | Cell Phones | 1 | | $190.39 | 0.20% |
| 3401 | Mortgage Interest | 1 | | $57.03 | 0.06% |
| 3603 | Property Taxes | 1 | | $3,885.18 | 4.15% |
| 3610 | Office Supplies | 1 | | $2,159.49 | 2.31% |
| 3720 | Leasehold Improvements Materials | 2 | | $229.10 | 0.24% |
| 3900 | Insurance | 1 | | $107.09 | 0.11% |
| 6000 | Travel | 1 | | $374.35 | 0.40% |
| 6400 | Automobile Gas & Oil | 1 | | $352.00 | 0.38% |
| 6500 | Tolls, Cabs, Parking | 1 | | $42.01 | 0.04% |
| 8900 | Misc. Professional Development | 1 | | $289.00 | 0.31% |
| 9000 | Payroll | 1 | | $49.95 | 0.05% |
| 9200 | Federal Withholding Tax | 4 | | $2,869.20 | 3.07% |
| 9600 | State Withholding Tax | 1 | | $1,805.60 | 1.93% |
| 9700 | Owner Draws | 1 | | $206.80 | 0.22% |
| | | 1 | | $527.79 | 0.56% |

rja/a,llc

rja/architects, llc

# MONTHLY SUMMARY TO DATE BY LEDGER ACCOUNT - 2008

JPMorgan Chase Bank, N.A.              Count Of Transactions: 226   Page No. 3 of 3        Date Of This Printing: 10/8/2008

LEDGER CATEGORY / ACCOUNT

| | ACCOUNT TOTAL | | % |
|---|---|---|---|
| | INCOME | EXPENSE | |
| TOTAL DEBITS: | | $93,537.48 | 100.00% |
| TOTAL DEPOSITS: | | $90,648.26 | |
| TOTAL LOANS: | | | |
| **GROSS INCOME:** | | **$90,648.26** | |
| **LEDGER BALANCE:** | | **-$2,889.22** | |

rja/a,llc
rja/architects, llc

B6J (Official Form 6J) (12/07)

In re   ABRHAM, RICHARD JAMES              ,          Case No. _____
        **Debtor**                                            **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 6,163.00 |
| a. Are real estate taxes included? Yes X No ___ | | |
| b. Is property insurance included? Yes ___ No X | | |
| 2. Utilities:  a. Electricity and heating fuel | | $ 150.00 |
| b. Water and sewer | | $ _____ |
| c. Telephone | | $ 150.00 |
| d. Other  ASSESSMENTS | | $ 2141.12 |
| 3. Home maintenance (repairs and upkeep) | | $ 350.00 |
| 4. Food | | $ 150.00 |
| 5. Clothing | | $ _____ |
| 6. Laundry and dry cleaning | | $ _____ |
| 7. Medical and dental expenses | | $ _____ |
| 8. Transportation (not including car payments) | | $ _____ |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ _____ |
| 10. Charitable contributions | | $ _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ _____ |
| b. Life | | $ _____ |
| c. Health | | $ _____ |
| d. Auto | | $ 341.11 |
| e. Other | | $ _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $ _____ |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 527.79 |
| b. Other | | $ _____ |
| c. Other | | $ _____ |
| 14. Alimony, maintenance, and support paid to others | | $ 1,500.00 |
| 15. Payments for support of additional dependents not living at your home | | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 9,500.00 |
| 17. Other | | $ _____ |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)          $ 20,973.02

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $18,957.20 |
| b. Average monthly expenses from Line 18 above | $20,973.02 |
| c. Monthly net income (a. minus b.) | $ 0 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **ABRHAM, RICHARD JAMES** ,                    Case No. _____
_____                                   _____
           Debtor                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___19___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **10 OCTOBER 2008** _____            Signature: _____
                                                                                    /Debtor

Date _____            Signature: _____
                                                                                  (Joint Debtor, if any)

[If joint case, both spouses must sign.]

_____

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any,                     Social Security No.
of Bankruptcy Petition Preparer                                  (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____                    _____
Signature of Bankruptcy Petition Preparer                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                                        Signature: _____

                                                        _____
                                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**2. Income other than from employment or operation of business**

None


State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
X

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None
X

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

SEE ATTACHED SCHEDULE  4 PAGES  SUMMARY BY CHECK PAYEE 2008

# SUMMARY BY CHECK PAYEE 2008

Date Of This Printing: 10/11/2008

Count Of Transactions: 226          Page No. 1 of 4

| Payee | Account Number / Name | Account Sub-Total |
|---|---|---|
| | | $90,648.26 |
| 1000 | Miscellaneous Income | $796.66 |
| 1100 | Fees/Architecture | $86,703.65 |
| 1500 | Reimbursement | $3,147.95 |
| **AGAE Contracting, Inc.** | | **$800.00** |
| 5200 | Reimbursable | $800.00 |
| **American Express 72009** | | **$45.00** |
| 7100 | Business Entertainment | $45.00 |
| **AT&T** | | **$898.21** |
| 3500 | Telephones | $898.21 |
| **Barbara Abrham** | | **$19,419.89** |
| 3650 | Other Office Expense | $833.75 |
| 3940 | Hospitalization Insurance | $2,088.24 |
| 9000 | Payroll | $16,497.90 |
| **Blue Cross / Blue Shield Health Insurance** | | **$1,044.12** |
| 3940 | Hospitalization Insurance | $1,044.12 |
| **C. E. Niehoff & Company** | | **$370.00** |
| 5290 | Misc. Reimbursable Expense | $370.00 |
| **Cardmember Services** | | **$1,982.26** |
| | | $58.37 |
| 3330 | Cell Phones | $117.38 |
| 3340 | Internet Service | $43.95 |
| 3500 | Telephones | $27.25 |
| 3610 | Office Supplies | $226.60 |
| 3650 | Other Office Expense | $111.50 |
| 3670 | Office Equipment Rental | $78.54 |
| 3671 | Office Equipment Purchase | $140.61 |
| 3700 | Repairs & Maintenance | $50.83 |
| 5200 | Reimbursable | $28.74 |
| 6500 | Tolls, Cabs, Parking | $591.00 |
| 7000 | Promotion | $477.49 |
| 8200 | Continuing Education | $30.00 |
| **Chase Bank** | | **$902.80** |
| 9200 | Federal Withholding Tax | $902.80 |
| **Chase Card Services** | | **$1,838.26** |
| 3330 | Cell Phones | $120.47 |
| 3601 | Rent | $289.00 |
| 3700 | Repairs & Maintenance | $72.50 |
| 6200 | Meals | $150.32 |
| 6300 | Lodging | $508.50 |
| 6400 | Automobile Gas & Oil | $482.12 |

**rja/a,llc**
rja/architects, llc

# SUMMARY BY CHECK PAYEE 2008

Date Of This Printing: 10/11/2008

Count Of Transactions: 226            Page No. 2 of 4

| Payee | Account Number / Name | Account Sub-Total |
|-------|----------------------|------------------:|
| 6500 | Tolls, Cabs, Parking | $5.00 |
| 7400 | Reprints/Photos/Publications | $20.35 |
| 8100 | Professional Registration & Dues | $190.00 |
| **Chase Visa** | | **$2,739.83** |
| 3330 | Cell Phones | $57.03 |
| 3610 | Office Supplies | $87.10 |
| 3720 | Leasehold Improvements Materials | $107.09 |
| 6000 | Travel | $352.00 |
| 6400 | Automobile Gas & Oil | $42.01 |
| 6500 | Tolls, Cabs, Parking | $289.00 |
| 9200 | Federal Withholding Tax | $1,805.60 |
| **City of Chicago** | | **$225.00** |
| 5200 | Reimbursable | $225.00 |
| **ComEd** | | **$874.36** |
| 3300 | Utilities | $374.07 |
| 3310 | Electric | $500.29 |
| **Crains Chicago Business** | | **$49.95** |
| 8900 | Misc. Professional Development | $49.95 |
| **FedEx** | | **$509.34** |
| 3630 | Postage/Shipping/Delivery | $509.34 |
| **GMAC** | | **$1,055.58** |
| 9700 | Owner Draws | $1,055.58 |
| **Illinois Department of Revenue** | | **$1,059.85** |
| 9600 | State Withholding Tax | $1,059.85 |
| **Illinois Director of Employment Security** | | **$93.60** |
| 9500 | State Unemployment | $93.60 |
| **Internal Revenue Service** | | **$698.56** |
| 9200 | Federal Withholding Tax | $698.56 |
| **John Rauscher** | | **$1,000.00** |
| 4100 | Fees Consultant | $1,000.00 |
| **Lakeside Bank** | | **$31,088.66** |
| 3201 | Mortgage Payment | $1,041.20 |
| 3400 | Interest Expense | $3,558.67 |
| 3401 | Mortgage Interest | $13,465.02 |
| 3603 | Property Taxes | $6,478.47 |
| 9200 | Federal Withholding Tax | $6,545.30 |
| **M & B Electric** | | **$1,000.00** |
| 3710 | Leasehold Improvements | $1,000.00 |
| **Mentor Building Condo Association** | | **$6,523.36** |
| 3602 | Assessments | $6,523.36 |
| **Ray Derbas** | | **$1,500.00** |

rja/a,llc
rja/architects, llc

# SUMMARY BY CHECK PAYEE 2008

Date Of This Printing: 10/11/2008

Count Of Transactions: 226        Page No. 3 of 4

| Payee | Account Number / Name | Account Sub-Total |
|-------|----------------------|-------------------|
| 4150 | Fees Civil Consultant | $1,500.00 |
| **RCN** | | **$8.00** |
| 3340 | Internet Service | $8.00 |
| **Richard Abrham** | | **$717.30** |
| 9000 | Payroll | $717.30 |
| **Richard James Abrham** | | **$10,484.17** |
| 3610 | Office Supplies | $24.08 |
| 3641 | Office Entertainment | $50.73 |
| 3671 | Office Equipment Purchase | $268.81 |
| 3700 | Repairs & Maintenance | $42.67 |
| 4230 | Fees Legal | $457.00 |
| 6500 | Tolls, Cabs, Parking | $125.00 |
| 7400 | Reprints/Photos/Publications | $8.28 |
| 9000 | Payroll | $8,607.60 |
| 9700 | Owner Draws | $900.00 |
| **Springer Blue Print** | | **$142.00** |
| 3610 | Office Supplies | $142.00 |
| **Springer Blueprint Service, Inc.** | | **$1,036.00** |
| 3610 | Office Supplies | $948.00 |
| 7400 | Reprints/Photos/Publications | $88.00 |
| **Sprint** | | **$57.03** |
| 3330 | Cell Phones | $57.03 |
| **St. Johns Plumbing & Sewer** | | **$1,000.00** |
| 3710 | Leasehold Improvements | $1,000.00 |
| **Stste Farm Insurance** | | **$374.35** |
| 3900 | Insurance | $374.35 |
| **Toltec** | | **$3,000.00** |
| 4100 | Fees Consultant | $3,000.00 |
| **Toltek** | | **$1,000.00** |
| 4100 | Fees Consultant | $1,000.00 |

TOTAL CREDITS FOR YEAR:    $90,648.26

**TOTAL LOANS FOR YEAR:**

**TOTAL DEBITS FOR YEAR:    $93,537.48**

**LEDGER BALANCE:    -$2,889.22**

rja/a,llc

rja/architects, llc

B7 (Official Form 7) (12-07)

# UNITED STATES BANKRUPTCY COURT

_____ **Northern** _____ DISTRICT OF _____ **Illinois** _____

In re: __ABRHAM, RICHARD JAMES_____,    Case No. _____
             Debtor                                          (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $365,481.79 | RJA/A 2006 |
| $374,817.08 | RJA/A & rja-a, llc  2007 |
| $160,499.16 | RJA-A,LLC 2008 |

3

None


c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None


a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| CASABLANCA LOFTS 05 CH 2701 | ARBITRATION | AAA | JUDGEMENT ENTERED |

---

None


b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

#### 5. Repossessions, foreclosures and returns

None


List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**6.  Assignments and receiverships**

None


a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None


b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7.  Gifts**

None


List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None


List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

**9.  Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| MONEY MANAGEMENT INTERNATIONAL 70 EAST LAKE CHICAGO, ILLINOIS | MONEY MANAGEMENT INTERNATIONAL | $50.00 |

**10. Other transfers**

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| BARBARA J.W. ABRHAM 1455 N. SANDBURG TERRACE CHICAGO, ILLINOIS 60610 EX WIFE | NOV. 2007 | CONDOMINIUM $0 VALUE RECEIVED |

None ☐

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

6

**12. Safe deposit boxes**

None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in

which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| RJA/ARCHITECTS | 36-3155704 | 6 E. MONROE ST CHICAGO, ILL. | ARCHITECT | 1975 TO NOV. 2007 |
| RJA-ARCHITECTS, LLC | 26-0776144 | 6 E. MONROE ST CHICAGO, ILL. | ARCHITECT | NOV 2007 TO CURRENT |

None ☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☒  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|

None ☐  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| MICHEAL SALIM | 230 SOUTH DEARBORN CHICAGO IL | YEARLY TAX RETURN PREPARATION 2006, 2007 |

9

None
☒

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS

None
☒

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

**20. Inventories**

None
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None
☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a.. above.

DATE OF INVENTORY                      NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST      PERCENTAGE OF INTEREST

None
☒

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE          NATURE AND PERCENTAGE OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None

a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None

b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT. RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|--------------------------------|------------------------------------------------------|

**24. Tax Consolidation Group.**

None

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

* * * * * *

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __10 OCTOBER 2008__       Signature

of Debtor **ABRHAM, RICHARD JAMES**

Date _____       Signature _____
of Joint Debtor
(if any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____       Signature

_____

Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____       _____
Signature of Bankruptcy Petition Preparer       Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

Form 8
(10-05)

# United States Bankruptcy Court

## NORTHERN District Of Illinois

In re ABRHAM, RICHARD JAMES ,
    Debtor

Case No. _____

Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☒ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☒ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| CONDOMINIUM | LAKESIDE BANK | | | | X |
| AUTOMOBILE | GMAC | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

Date: _____                         _____
                                                 Signature of Debtor

-----------------------------------------------------------------------------

## DECLARATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No. (Required under 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs this document.*

Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# SUMMARY TO DATE BY LEDGER ACCOUNT - 2008

Lakeside Bank      Count Of Transactions: 366   Page No. 1 of 2    Date Of This Printing: 10/11/2008

| LEDGER CATEGORY / ACCOUNT | | TRANS. TYPE | COUNT | ACCOUNT TOTAL INCOME | EXPENSE | % |
|---|---|---|---|---|---|---|
| | | | | $2,500.00 | $907.65 | 0.57% |
| | Personel | | 12 | | -$672.25 | -0.42% |
| 1400 | | | 1 | $2,500.00 | $0.00 | 0.00% |
| 9200 | Federal Withholding Tax | | 1 | | $1,579.90 | 1.00% |
| 1000 | Income | | | $157,234.93 | $69.28 | 0.04% |
| 1000 | Miscellaneous Income | | 4 | $283.53 | $0.00 | 0.00% |
| 1100 | Fees/Architecture | | 26 | $13,1647% | $0.00 | 0.00% |
| 1200 | Fees/CM | | 0 | | $69.28 | 0.04% |
| 1400 | Loans/Income | | 5 | $14,000.00 | $0.00 | 0.00% |
| 1500 | Reimbursement | | 6 | $1,001.25 | $0.00 | 0.00% |
| 3000 | Office Expenses | | | $764.23 | $82,942.24 | 52.29% |
| 3200 | Loans Repayment | | 1 | $703.43 | $0.00 | 0.00% |
| 3201 | Mortgage Payment | | 6 | | $3,306.92 | 2.08% |
| 3300 | Utilities | | 2 | | $374.07 | 0.24% |
| 3310 | Electric | | 6 | | $1,699.95 | 1.07% |
| 3330 | Cell Phones | | 6 | | $432.35 | 0.27% |
| 3340 | Internet Service | | 6 | | $63.95 | 0.04% |
| 3400 | Interest Expense | | 5 | | $3,973.81 | 2.51% |
| 3401 | Mortgage Interest | | 7 | | $27,104.70 | 17.09% |
| 3500 | Telephones | | 18 | | $1,577.48 | 0.99% |
| 3601 | Rent | | 1 | | $289.00 | 0.18% |
| 3602 | Assessments | | 13 | | $12,946.72 | 8.16% |
| 3603 | Property Taxes | | 6 | | $15,116.43 | 9.53% |
| 3604 | Corporation Taxes | | 1 | | $200.00 | 0.13% |
| 3610 | Office Supplies | | 9 | | $1,569.77 | 0.99% |
| 3630 | Postage/Shipping/Delivery | | 17 | | $746.46 | 0.47% |
| 3640 | Office Sundries | | 2 | | $32.45 | 0.02% |
| 3641 | Office Entertainment | | 3 | | $50.73 | 0.03% |
| 3650 | Other Office Expense | | 2 | | $945.25 | 0.60% |
| 3670 | Office Equipment Rental | | 1 | | $78.54 | 0.05% |
| 3671 | Office Equipment Purchase | | 4 | | $442.11 | 0.28% |
| 3700 | Repairs & Maintenance | | 15 | | $1,429.89 | 0.90% |
| 3710 | Leasehold Improvements | | 5 | | $4,181.78 | 2.64% |
| 3720 | Leasehold Improvements Materials | | 2 | | $949.80 | 0.60% |
| 3800 | Bank Charges | | 7 | $61.00 | $333.25 | 0.21% |
| 3900 | Insurance | | 2 | | $920.35 | 0.58% |
| 3940 | Hospitalization Insurance | | 4 | | $4,176.48 | 2.63% |
| 4000 | Professional Fees | | | | $10,113.00 | 6.38% |
| 4100 | Fees Consultant | | 5 | | $6,500.00 | 4.10% |
| 4150 | Fees Civil Consultant | | 3 | | $3,099.00 | 1.95% |
| 4230 | Fees Legal | | 2 | | $514.00 | 0.32% |
| 5000 | Pass Thru Expenses | | | | $1,423.74 | 0.90% |
| 5200 | Reimbursable | | 3 | | $1,053.74 | 0.66% |
| 5290 | Misc. Reimbursable Expense | | 1 | | $370.00 | 0.23% |
| 6000 | Travel Expenses | | | | $3,122.95 | 1.97% |

rja/a,llc

rja/architects, llc

# SUMMARY TO DATE BY LEDGER ACCOUNT - 2008

JPMorgan Chase Bank, N.A.                Count Of Transactions: 366    Page No. 2 of 2      Date Of This Printing: 10/11/2008

| LEDGER CATEGORY / ACCOUNT | | TRANS. TYPE | COUNT | ACCOUNT TOTAL INCOME | ACCOUNT TOTAL EXPENSE | % |
|---|---|---|---|---|---|---|
| 6000 | Travel | | 1 | | $352.00 | 0.22% |
| 6200 | Meals | | 1 | | $150.32 | 0.09% |
| 6300 | Lodging | | 3 | | $508.50 | 0.32% |
| 6400 | Automobile Gas & Oil | | 8 | | $524.13 | 0.33% |
| 6500 | Tolls, Cabs, Parking | | 28 | | $1,588.00 | 1.00% |
| **7000** | **Travel Expenses** | | | | **$1,096.28** | **0.69%** |
| 7000 | Promotion | | 8 | | $906.86 | 0.57% |
| 7100 | Business Entertainment | | 2 | | $72.79 | 0.05% |
| 7400 | Reprints/Photos/Publications | | 4 | | $116.63 | 0.07% |
| **8000** | **Professional Development** | | | | **$515.90** | **0.33%** |
| 8100 | Professional Registration & Dues | | 1 | | $190.00 | 0.12% |
| 8200 | Continuing Education | | 2 | | $190.00 | 0.12% |
| 8300 | Professional Library | | 1 | | $65.95 | 0.04% |
| 8400 | Membership Fees | | 1 | | $20.00 | 0.01% |
| 8900 | Misc. Professional Development | | 1 | | $49.95 | 0.03% |
| **9000** | **Payroll** | | | | **$58,415.13** | **36.83%** |
| 9000 | Payroll | | 56 | | $40,168.80 | 25.33% |
| 9200 | Federal Withholding Tax | | 12 | | $13,563.46 | 8.55% |
| 9500 | State Unemployment | | 3 | | $190.60 | 0.12% |
| 9600 | State Withholding Tax | | 10 | | $2,008.90 | 1.27% |
| 9700 | Owner Draws | | 4 | | $2,483.37 | 1.57% |

TOTAL DEBITS: $158,606.17    100.00%

TOTAL DEPOSITS: $160,499.16 excluding loans

TOTAL LOANS: $14,000.00

**GROSS INCOME: $146,499.16** excluding loans

**LEDGER BALANCE: $1,892.99**

rja/a,llc
rja/architects, llc

# rja/a SUMMARY TO DATE BY LEDGER ACCOUNT - 2007

Lakeside

Count Of Transactions: 617   Page No. 1 of 3   Date Of This Printing: 10/11/2008

| LEDGER CATEGORY / ACCOUNT | | TRANS. TYPE | COUNT | ACCOUNT TOTAL INCOME | EXPENSE | % |
|---|---|---|---|---|---|---|
| | | | | $56,925.63 | $105,906.12 | 26.31% |
| | Void | | 24 | $3,412.90 | $461.21 | 0.11% |
| 1000 | Miscellaneous Income | | 1 | $0.00 | $0.00 | 0.00% |
| 1100 | Fees/Architecture | | 18 | $53,512.51 | $0.00 | 0.00% |
| 1400 | Loans/Income | | 2 | $0.00 | $0.00 | 0.00% |
| 1500 | Reimbursement | | 2 | $0.00 | $0.00 | 0.00% |
| 3100 | Property Taxes | | 3 | | $5,967.15 | 1.48% |
| 3200 | Loans Repayment | | 18 | | $14,000.00 | 3.48% |
| 3201 | Mortgage Payment | | 10 | | $7,498.16 | 1.86% |
| 3310 | Electric | | 8 | | $1,722.37 | 0.43% |
| 3330 | Cell Phones | | 6 | | $565.23 | 0.14% |
| 3340 | Internet Service | | 3 | | $209.80 | 0.05% |
| 3400 | Interest Expense | | 6 | | $10,936.36 | 2.72% |
| 3500 | Telephones | | 25 | | $1,922.57 | 0.48% |
| 3600 | Office Expenses | | 3 | | $1,293.45 | 0.32% |
| 3610 | Office Supplies | | 4 | | $845.89 | 0.21% |
| 3620 | Printing & Reproductions | | 7 | | $466.04 | 0.12% |
| 3630 | Postage/Shipping/Delivery | | 11 | | $316.60 | 0.08% |
| 3640 | Office Sundries | | 2 | | $123.01 | 0.03% |
| 3650 | Other Office Expense | | 1 | | $100.00 | 0.02% |
| 3671 | Office Equipment Purchase | | 1 | | $73.64 | 0.02% |
| 3700 | Repairs & Maintenance | | 1 | | $20.94 | 0.01% |
| 3800 | Bank Charges | | 1 | | $225.00 | 0.06% |
| 3940 | Hospitalization Insurance | | 5 | | $5,003.64 | 1.24% |
| 4140 | Fees Structural Consultant | | 2 | | $600.00 | 0.15% |
| 7100 | Business Entertainment | | 1 | | $20.05 | 0.00% |
| 9000 | Payroll | | 52 | | $30,945.24 | 7.69% |
| 9200 | Federal Withholding Tax | | 10 | | $22,049.33 | 5.48% |
| 9600 | State Withholding Tax | | 1 | | $540.44 | 0.13% |
| 0000 | Opening Balance | | | $21,695.72 | $0.00 | 0.00% |
| 0000 | Opening Balance | | 1 | $21,695.72 | $0.00 | 0.00% |
| 1000 | Income | | | $339,527.17 | $0.00 | 0.00% |
| 1000 | Miscellaneous Income | | 2 | $5,849.42 | $0.00 | 0.00% |
| 1100 | Fees/Architecture | | 30 | $309,377.59 | $0.00 | 0.00% |
| 1200 | Fees/CM | | 1 | $5,304.26 | $0.00 | 0.00% |
| 1400 | Loans/Income | | 9 | $21,014.67 | $0.00 | 0.00% |
| 1500 | Reimbursement | | 12 | $4,342.67 | $0.00 | 0.00% |
| 1600 | Construction Funds | | 2 | $14,292.41 | $0.00 | 0.00% |
| 1800 | Rent Income | | 3 | $3,248.91 | $0.00 | 0.00% |
| 3000 | Taxes | | | | $224,333.51 | 55.73% |
| 3100 | Property Taxes | | 7 | | $13,923.35 | 3.46% |
| 3200 | Loans Repayment | | 5 | | $120,607.38 | 29.96% |
| 3300 | Utilities | | 1 | | $144.88 | 0.04% |
| 3310 | Electric | | 2 | | $643.61 | 0.16% |
| 3330 | Cell Phones | | 6 | | $485.15 | 0.12% |
| 3340 | Internet Service | | 16 | | $477.17 | 0.12% |

## rja/cm
### richard james abrham / construction

# rja/a SUMMARY TO DATE BY LEDGER ACCOUNT - 2007

Lakeside Bank        Count Of Transactions: 617    Page No. 2 of 3     Date Of This Printing: 10/11/2008

| LEDGER CATEGORY / ACCOUNT | | TRANS. TYPE | COUNT | ACCOUNT TOTAL INCOME | EXPENSE | % |
|---|---|---|---|---|---|---|
| 3400 | Interest Expense | | 15 | | $34,225.73 | 8.50% |
| 3500 | Telephones | | 16 | | $1,750.18 | 0.43% |
| 3602 | Assessments | | 24 | | $25,693.44 | 6.38% |
| 3610 | Office Supplies | | 23 | | $3,310.07 | 0.82% |
| 3620 | Printing & Reproductions | | 10 | | $875.51 | 0.22% |
| 3630 | Postage/Shipping/Delivery | | 29 | | $574.71 | 0.14% |
| 3640 | Office Sundries | | 11 | | $181.45 | 0.05% |
| 3641 | Office Entertainment | | 2 | | $35.83 | 0.01% |
| 3650 | Other Office Expense | | 8 | | $1,778.93 | 0.44% |
| 3670 | Office Equipment Rental | | 2 | | $468.70 | 0.12% |
| 3671 | Office Equipment Purchase | | 10 | | $1,330.35 | 0.33% |
| 3700 | Repairs & Maintenance | | 23 | | $15,389.95 | 3.82% |
| 3710 | Leasehold Improvements | | 1 | | $1,001.04 | 0.25% |
| 3720 | Leasehold Improvements Materials | | 1 | | $256.00 | 0.06% |
| 3800 | Bank Charges | | 17 | | $1,180.08 | 0.29% |
| 4000 | **Professional Fees** | | | | **$16,819.00** | **4.18%** |
| 4100 | Fees Consultant | | 1 | | $1,500.00 | 0.37% |
| 4230 | Fees Legal | | 2 | | $15,319.00 | 3.81% |
| 5000 | | | | | **$23,440.05** | **5.82%** |
| | | | 1 | | $736.23 | 0.18% |
| 5200 | Reimbursable | | 3 | | $1,701.20 | 0.42% |
| 5230 | Contract Purchase | | 1 | | $624.43 | 0.16% |
| 5240 | Construction Contract | | 8 | | $16,973.19 | 4.22% |
| 5290 | Misc. Reimbursable Expense | | 8 | | $3,405.00 | 0.85% |
| 6000 | **Travel Expenses** | | | | **$2,236.00** | **0.56%** |
| 6500 | Tolls, Cabs, Parking | | 13 | | $2,236.00 | 0.56% |
| 7000 | **Promotion** | | | | **$204.55** | **0.05%** |
| 7100 | Business Entertainment | | 4 | | $199.98 | 0.05% |
| 7400 | Reprints/Photos/Publications | | 1 | | $4.57 | 0.00% |
| 8000 | **Professional Development** | | | | **$473.00** | **0.12%** |
| 8100 | Professional Registration & Dues | | 3 | | $353.00 | 0.09% |
| 8200 | Continuing Education | | 1 | | $120.00 | 0.03% |
| 9000 | **Payroll** | | | | **$29,149.00** | **7.24%** |
| 9000 | Payroll | | 37 | | $24,495.98 | 6.09% |
| 9200 | Federal Withholding Tax | | 3 | | $2,014.56 | 0.50% |
| 9300 | FUTA | | 6 | | $464.00 | 0.12% |
| 9500 | State Unemployment | | 5 | | $519.10 | 0.13% |
| 9600 | State Withholding Tax | | 3 | | $1,655.36 | 0.41% |

rja/a

richard james abrham / architects

# SUMMARY TO DATE BY LEDGER ACCOUNT - 2006

Lakeside Bank                      Count Of Transactions: 866   Page No. 1 of 2      Date Of This Printing: 10/11/2008

| LEDGER CATEGORY / ACCOUNT | TRANS. TYPE | COUNT | ACCOUNT TOTAL INCOME | EXPENSE | % |
|---|---|---|---|---|---|
| | | | | $0.00 | 0.00% |
| | | 37 | | $0.00 | 0.00% |
| **0000   Opening Balance** | | | $9,041.77 | $0.00 | 0.00% |
| 0000   Opening Balance | | 1 | $9,041.77 | $0.00 | 0.00% |
| **1000   Income** | | | $773,623.66 | $0.00 | 0.00% |
| 1000   Miscellaneous Income | | 4 | $9,610.79 | $0.00 | 0.00% |
| 1100   Fees/Architect Fee | | 53 | $622,989.67 | $0.00 | 0.00% |
| 1200   Rents/Old | | 3 | $3,200.00 | $0.00 | 0.00% |
| 1401   Loans From Owner | | 1 | $5,500.00 | $0.00 | 0.00% |
| 1402   Loans From Equity | | 2 | $50,000.00 | $0.00 | 0.00% |
| 1403   Loans From Baricci | | 1 | $9,000.00 | $0.00 | 0.00% |
| 1500   Reimbursement | | 22 | $17,258.39 | $0.00 | 0.00% |
| 1600   Construction Funds | | 11 | $44,884.42 | $0.00 | 0.00% |
| 1800   Rent Income | | 7 | $9,380.00 | $0.00 | 0.00% |
| **3000   Taxes** | | | | $135,867.95 | 34.46% |
| 3100   Property Taxes | | 11 | | $21,624.35 | 5.48% |
| 3200   Loans Repayment | | 1 | | $409.60 | 0.10% |
| 3201   Mortgage Payment | | 13 | | $17,843.45 | 4.53% |
| 3310   Electric | | 12 | | $2,592.13 | 0.66% |
| 3330   Cell Phones | | 13 | | $973.02 | 0.29% |
| 3340   Internet Service | | 21 | | $1,087.76 | 0.28% |
| 3400   Interest Expense | | 21 | | $41,353.36 | 10.49% |
| 3500   Telephones | | 35 | | $3,288.94 | 0.83% |
| 3601   Rent | | 3 | | $867.00 | 0.22% |
| 3602   Assessments | | 11 | | $17,642.02 | 4.47% |
| 3610   Office Supplies | | 67 | | $6,075.21 | 1.54% |
| 3620   Printing & Reproductions | | 14 | | $1,280.73 | 0.32% |
| 3630   Postage/Shipping/Delivery | | 79 | | $1,915.48 | 0.49% |
| 3640   Office Sundries | | 10 | | $288.81 | 0.07% |
| 3671   Office Equipment Purchase | | 6 | | $860.80 | 0.22% |
| 3700   Repairs & Maintenance | | 8 | | $9,151.62 | 2.32% |
| 3710   Leasehold Improvements | | 6 | | $1,249.82 | 0.32% |
| 3800   Bank Charges | | 7 | | $685.13 | 0.17% |
| 3940   Hospitalization Insurance | | 6 | | $5,760.72 | 1.46% |
| 3950   Office Insurance | | 2 | | $918.00 | 0.23% |
| **4000   Professional Fees** | | | | $29,730.12 | 7.54% |
| 4100   Fees Consultant | | 4 | | $5,452.00 | 1.38% |
| 4110   Fees Electrical Consultant | | 1 | | $300.00 | 0.08% |
| 4120   Fees Mechanical Consultant | | 2 | | $7,260.62 | 1.84% |
| 4140   Fees Structural Consultant | | 2 | | $1,500.00 | 0.38% |
| 4150   Fees Civil Consultant | | 3 | | $4,375.00 | 1.11% |
| 4160   Fees Surveyor | | 1 | | $50.00 | 0.01% |
| 4230   Fees Legal | | 14 | | $10,792.50 | 2.74% |
| **5000   Pass Thru Expenses** | | | | $80,070.96 | 20.31% |
| 5200   Reimbursable | | 7 | | $5,275.99 | 1.34% |

rja/a

richard james abrham / architects

# SUMMARY TO DATE BY LEDGER ACCOUNT - 2006

Lakeside Bank                    Count Of Transactions: 866   Page No. 2 of 2      Date Of This Printing: 10/11/2008

| LEDGER CATEGORY / ACCOUNT | TRANS. TYPE | COUNT | ACCOUNT TOTAL INCOME | ACCOUNT TOTAL EXPENSE | % |
|---|---|---|---|---|---|
| 5230 Contract Purchase | | 3 | | $2,635.00 | 0.67% |
| 5240 Construction Contract | | 21 | | $71,759.97 | 18.20% |
| 5290 Misc. Reimbursable Expense | | 1 | | $400.00 | 0.10% |
| **6000 Travel Expenses** | | | | **$10,114.96** | **2.57%** |
| 6000 Travel | | 1 | | $145.60 | 0.04% |
| 6200 Meals | | 17 | | $527.24 | 0.13% |
| 6300 Lodging | | 6 | | $841.20 | 0.21% |
| 6400 Automobile Gas & Oil | | 17 | | $557.76 | 0.14% |
| 6410 Automobile Repair | | 7 | | $2,795.55 | 0.71% |
| 6500 Tolls, Cabs, Parking | | 18 | | $3,147.03 | 0.80% |
| 6610 Airfare | | 6 | | $1,392.60 | 0.35% |
| 6800 Auto Rental | | 6 | | $707.98 | 0.18% |
| **7000 Promotion** | | | | **$1,541.55** | **0.39%** |
| 7000 Promotion | | 9 | | $395.22 | 0.10% |
| 7100 Business Entertainment | | 8 | | $1,082.93 | 0.27% |
| 7400 Reprints/Photos/Publications | | 1 | | $47.00 | 0.01% |
| 7900 Misc. Promo | | 1 | | $16.40 | 0.00% |
| **8000 Professional Development** | | | | **$1,478.77** | **0.38%** |
| 8100 Professional Registration & Dues | | 3 | | $412.50 | 0.10% |
| 8200 Continuing Education | | 7 | | $70.00 | 0.02% |
| 8300 Professional Library | | 8 | | $783.27 | 0.20% |
| 8400 Membership Fees | | 2 | | $213.00 | 0.05% |
| **9000 Payroll** | | | | **$135,459.56** | **34.36%** |
| 9000 Payroll | | 168 | | $98,516.96 | 24.99% |
| 9200 Federal Withholding Tax | | 17 | | $32,031.41 | 8.12% |
| 9300 FUTA | | 1 | | $11.20 | 0.00% |
| 9500 State Unemployment | | 6 | | $1,557.27 | 0.39% |
| 9600 State Withholding Tax | | 10 | | $3,342.72 | 0.85% |

|  |  |
|---|---|
| TOTAL DEBITS: | $394,263.87   100.00% |
| TOTAL DEPOSITS: | $365,481.79 (including loans) |
| TOTAL LOANS: | |
| **GROSS INCOME:** | **$365,481.79** including loans |
| **LEDGER BALANCE:** | **-$28,782.08** |

**rja/a**
richard james abrham / architects

# rja/a SUMMARY TO DATE BY LEDGER ACCOUNT - 2007

Lakeside Bank                           Count Of Transactions: 617   Page No. 3 of 3      Date Of This Printing: 10/11/2008

| LEDGER CATEGORY / ACCOUNT | TRANS. TYPE | COUNT | ACCOUNT TOTAL | | % |
|---|---|---|---|---|---|
| | | | INCOME | EXPENSE | |
| | | TOTAL DEBITS: | | $402,561.23 | 100.00% |
| | | TOTAL DEPOSITS: | | $374,817.08 | |
| | | TOTAL LOANS: | | $231,914.57 | |
| | | **GROSS INCOME:** | | **$142,902.51** | |
| | | **LEDGER BALANCE:** | | **-$27,744.15** | |

# rja/a
richard james abrham / architects

# List of Invoices to Date

## 3060 NE Oakland Park, LLC

| Inv. Number | Job Description | Job ID | Invoice Total | Credits | Payments | Current Balance |
|---|---|---|---|---|---|---|
| 5 0607 | Eight Unit Condominium Conversion | Oakland Park | $949.74 | | | $949.74 |
| 3 0607 | Eight Unit Condominium Conversion | Oakland Park | $10,100.00 | | $9,600.00 | $500.00 |
| 4 0607 | Eight Unit Condominium Conversion | Oakland Park | $1,745.70 | | | $1,745.70 |
| 6 0607 | Eight Unit Condominium Conversion | Oakland Park | $578.89 | | | $578.89 |
| 7 0607 | Eight Unit Condominium Conversion | Oakland Park | $2,900.00 | | | $2,900.00 |
| 8 0607 | Eight Unit Condominium Conversion | Oakland Park | $3,200.00 | | | $3,200.00 |
| 9 0607 | Eight Unit Condominium Conversion | Oakland Park | $1,091.09 | | | $1,091.09 |
| 3 0607 r | Eight Unit Condominium Conversion | Oakland Park | $4,000.00 | | $2,600.00 | $1,400.00 |

## Allied Plumbing & Heating Supply Co.,Inc.

| Inv. Number | Job Description | Job ID | Invoice Total | Credits | Payments | Current Balance |
|---|---|---|---|---|---|---|
| 2 0608 | Warehouse Building Rehabilitation | 6949 West Irving Park | $2,110.00 | | $1,000.00 | $1,110.00 |
| 3 0608 | Warehouse Building Rehabilitation | 6949 West Irving Park | $1,110.00 | | | $1,110.00 |
| 5 0608 | Warehouse Building Rehabilitation | 6949 West Irving Park | $257.25 | | | $257.25 |

## Allied Plumbing & Heating Supply Comp.

| Inv. Number | Job Description | Job ID | Invoice Total | Credits | Payments | Current Balance |
|---|---|---|---|---|---|---|
| 4 0608 | Warehouse Building Rehabilitation | Chicago | $1,467.78 | | | $1,467.78 |

## Blavvise & Brown Investment Group

| Inv. Number | Job Description | Job ID | Invoice Total | Credits | Payments | Current Balance |
|---|---|---|---|---|---|---|
| 4 0523 | Remodeling  Rehabilitation Reimbursable | Chicago | $457.35 | | | $457.35 |
| 5 0523 | Remodeling  Rehabilitation | West Dickens Street, | $2,715.55 | | | $2,715.55 |
| 6 0523 | Remodeling  Rehabilitation | West Dickens Street, | $4,270.58 | | | $4,270.58 |

## Blavvise & Browne Investment Group

| Inv. Number | Job Description | Job ID | Invoice Total | Credits | Payments | Current Balance |
|---|---|---|---|---|---|---|
| 1 0625 | As-Built Plans | Chicago | $1,642.19 | | | $1,642.19 |

## Casablanca Lofts, LLC

| Inv. Number | Job Description | Job ID | Invoice Total | Credits | Payments | Current Balance |
|---|---|---|---|---|---|---|
| 3 0326 | Restaurant / Condo Development | | $2,700.00 | | | $2,700.00 |

## DWG Construction, Inc.

| Inv. Number | Job Description | Job ID | Invoice Total | Credits | Payments | Current Balance |
|---|---|---|---|---|---|---|
| 13 0326 | Restaurant / Condo Development | | $1,029.97 | | | $1,029.97 |
| 14 0326 | Restaurant / Condo Development | | $1,061.50 | | | $1,061.50 |
| 15 0326 | Restaurant / Condo Development | | $228.61 | | | $228.61 |

## List of Invoices to Date

| Inv. Number | Job Description | Job ID | Invoice Total | Credits | Payments | Current Balance |
|---|---|---|---|---|---|---|
| 16 0326 | Restaurant / Condo Development | | $381.80 | | | $381.80 |
| 8 0326 GC | Restaurant / Condo Development | | $1,378.42 | | | $1,378.42 |

### Garcia Properties, L.L.C.

| Inv. Number | Job Description | Job ID | Invoice Total | Credits | Payments | Current Balance |
|---|---|---|---|---|---|---|
| 10 0522 | Installation of New Overhead Doors | | $2,514.93 | | | $2,514.93 |

### Jim Parker

| Inv. Number | Job Description | Job ID | Invoice Total | Credits | Payments | Current Balance |
|---|---|---|---|---|---|---|
| 1 0501 | Hurricane Reconstruction | St. Cloud | $3,059.24 | | $3,000.00 | $59.24 |

### Kroll's South Loop

| Inv. Number | Job Description | Job ID | Invoice Total | Credits | Payments | Current Balance |
|---|---|---|---|---|---|---|
| 5 0326 R | Restaurant Interior Buildout | | $376.42 | | | $376.42 |
| 6 0326 R | Restaurant Interior Buildout | | $127.57 | | | $127.57 |
| 9B 0326 R | Restaurant Interior Buildout | | $2,800.00 | | | $2,800.00 |

### Mike Wier

| Inv. Number | Job Description | Job ID | Invoice Total | Credits | Payments | Current Balance |
|---|---|---|---|---|---|---|
| 12 0326 | Condominium Interior Builduct | | $8,255.00 | | | $8,255.00 |
| 7 0326 | Condominium Interior Buildout | | $164.38 | | | $164.38 |
| 11 0326 | Condominium Interior Buildout | | $1,425.00 | | | $1,425.00 |
| 17 0326 | Condominium Interior Buildout | | $499.15 | | | $499.15 |

### Weitzman Realty Associates, L.L.C.

| Inv. Number | Job Description | Job ID | Invoice Total | Credits | Payments | Current Balance |
|---|---|---|---|---|---|---|
| 4 0506 | Family Dollar Store #102704 | 3854 West Chicago | $3,887.50 | | | $3,887.50 |

### WT & KGB Properties

| Inv. Number | Job Description | Job ID | Invoice Total | Credits | Payments | Current Balance |
|---|---|---|---|---|---|---|
| 23 0504 | Commercial Development | Chicago | $744.30 | | | $744.30 |
| 24 0504 | Commercial Development | Chicago | $557.91 | | | $557.91 |

**Total of Invoices:**

**Total of Credits:**

Total of Payments:   $16,200.00

**Current Balance Due:**   $53,587.81

# OFFICE EQUIPMENT INVENTORY

DATE THIS PRINTING: 10/11/2008

**Department No. & Name**
**One / 1    DRAFTING**                    DEPARTMENT SUB- TOTAL: $18,362.00          $850.00

| Equipment Description | | Replacement Cost | Current Value |
|---|---|---|---|
| 2 Drawer Pedestal | No | 250.00 | 25.00 |
| Architectural Flat File | Yes | 800.00 | 100.00 |
| Architectural Flat File | Yes | 800.00 | 100.00 |
| Architectural Flat File | Yes | 500.00 | 100.00 |
| Architectural Flat File | Yes | 500.00 | 100.00 |
| Computer | Yes | 3,000.00 | 100.00 |
| Computer | No | 3,000.00 | 100.00 |
| Computer | No | 3,000.00 | 100.00 |
| Computer | No | 3,000.00 | 100.00 |
| Computer | No | 3,000.00 | 0.00 |
| Electric Eraser /Cordless | No | 65.50 | 0.00 |
| Electric Eraser /Cordless | No | 65.50 | 0.00 |
| Electric Eraser /Cordless | No | 65.50 | 0.00 |
| Electric Eraser /Cordless | No | 65.50 | 0.00 |
| Printer | No | 150.00 | 25.00 |
| Wood library table | Yes | | 0.00 |
| Wood library table | Yes | | 0.00 |
| Work Surface over Flat File | No | 50.00 | 0.00 |
| Work Surface over Flat File | No | 50.00 | 0.00 |

**Department No. & Name**
**Two / 2    STORAGE / PRINTING**          DEPARTMENT SUB- TOTAL:  $7,226.00    $1,550.00

| Equipment Description | | Replacement Cost | Current Value |
|---|---|---|---|
| 30 Storage Boxes | No | 60.00 | 0.00 |
| Blueprint Machine | Yes | 2,000.00 | 150.00 |
| Lateral File | No | 175.00 | 25.00 |
| Lateral File | No | 175.00 | 25.00 |
| Lateral File | No | 272.00 | 25.00 |
| Lateral File | No | 272.00 | 25.00 |
| Lateral File | No | 272.00 | 25.00 |
| Lateral File | No | 272.00 | 25.00 |
| Lateral File | No | 272.00 | 25.00 |
| Lateral File | No | 272.00 | 25.00 |
| Lateral File | Yes | 272.00 | 25.00 |
| Metal shelving | No | | 150.00 |
| Plotter | Yes | 2,600.00 | 1,000.00 |
| Three Oak disc storage boxes | No | 40.00 | 0.00 |

**Department No. & Name**
**Three / 3  GENERAL OFFICE**              DEPARTMENT SUB- TOTAL: $11,680.50    $1,540.00

| Equipment Description | | Replacement Cost | Current Value |
|---|---|---|---|
| 12 Desk Drawers | No | 90.00 | 0.00 |

rja/a
richard james abrham / architects

# OFFICE EQUIPMENT INVENTORY

DATE THIS PRINTING: 10/11/2008

| Item | | | |
|---|---|---|---|
| 18 Storage Boxes | No | 90.00 | 0.00 |
| 2 Torchier Columns | Yes | | 0.00 |
| 23 Pencil Drawers | No | 575.00 | 100.00 |
| 27 Picture Frames | No | 400.00 | 100.00 |
| Brief Cases | No | 200.00 | 25.00 |
| Camera | No | 400.00 | 0.00 |
| Casework | No | 1,000.00 | 200.00 |
| Clay Planter | No | 25.00 | 5.00 |
| Clay Planter | No | 25.00 | 5.00 |
| Clay Planter | No | 25.00 | 5.00 |
| Clay Planter | No | 25.00 | 5.00 |
| Computer Monitor | Yes | 100.00 | 15.00 |
| Conference Table | Yes | 600.00 | 25.00 |
| Conference Table | Yes | 600.00 | 25.00 |
| Corner Table | Yes | 100.00 | 25.00 |
| Desk Chair | Yes | 450.00 | 50.00 |
| Desk Chair | Yes | 450.00 | 50.00 |
| Desk Chair | Yes | 450.00 | 50.00 |
| Desk Chair | Yes | 450.00 | 50.00 |
| Desk Chair | Yes | 450.00 | 50.00 |
| Desk Lamp | Yes | 289.00 | 5.00 |
| Electric Pencil Sharpener | No | 30.00 | 0.00 |
| Fax Machine | Yes | 150.00 | 50.00 |
| Flash for 35mm camera | No | 80.00 | 0.00 |
| Framed Art Work | No | 1,000.00 | 50.00 |
| Hotel Refrigerator | No | 25.00 | 0.00 |
| Hotel Refrigerator | No | 25.00 | 0.00 |
| Hotel Refrigerator | No | 25.00 | 0.00 |
| Hotel Refrigerator | No | 25.00 | 0.00 |
| Lateral File / 3 drawer | Yes | 577.00 | 25.00 |
| Lateral File / 3 drawer | Yes | 577.00 | 25.00 |
| Misc. Office Equipment | No | 200.00 | 100.00 |
| Misc. Office Supplies | No | 200.00 | 100.00 |
| Plastic Drawer Set | No | 25.00 | 5.00 |
| Plastic Drawer Set | No | 25.00 | 5.00 |
| Plastic Drawer Set | No | 25.00 | 5.00 |
| Portable Drive | Yes | 80.00 | 25.00 |
| Printer | No | 25.00 | 5.00 |
| Printer | Yes | 150.00 | 25.00 |
| Professional Library | Yes | 500.00 | 150.00 |
| Scanner | Yes | 289.00 | 50.00 |
| Telephone System | Yes | 700.00 | 100.00 |
| Television | No | 100.00 | 25.00 |
| Three Ring Binders/Approx. 45 | No | 3.50 | 0.00 |
| Trash Containers (3) | No | 50.00 | 5.00 |

rja/a
richard james abraham / architects

# OFFICE EQUIPMENT INVENTORY

DATE THIS PRINTING: 10/11/2008

**Department No. & Name**
**Four/4      PRIVATE OFFICE #1**          DEPARTMENT SUB- TOTAL:   $1,035.00      $100.00

| Equipment Description | | Replacement Cost | Current Value |
|---|---|---|---|
| Disc Storage box | No | 35.00 | 0.00 |
| Picture Frames | No | 150.00 | 50.00 |
| Side Chair with Arms | No | 425.00 | 25.00 |
| Side Chair with Arms | No | 425.00 | 25.00 |

**Department No. & Name**
**Five / 5      RECEPTION**          DEPARTMENT SUB- TOTAL:   $3,795.00      $276.00

| Equipment Description | | Replacement Cost | Current Value |
|---|---|---|---|
| Deep File Drawer | No | 145.00 | 1.00 |
| Table Desk-work surface | No | 400.00 | 25.00 |
| Table Desk-work surface | No | 400.00 | 25.00 |
| Table Desk-work surface | No | 400.00 | 25.00 |
| Table Desk-work surface | No | 400.00 | 25.00 |
| Table Desk-work surface | No | 400.00 | 25.00 |
| Table Desk-work surface | No | 400.00 | 25.00 |
| Table Desk-work surface | No | 400.00 | 25.00 |
| Table Desk-work surface | No | 400.00 | 25.00 |
| Table Desk-work surface | No | 400.00 | 25.00 |
| Typewriter | Yes | 25.00 | 25.00 |
| Typewriter | Yes | 25.00 | 25.00 |

**Department No. & Name**
**Six / 6      INACTIVE**          DEPARTMENT SUB- TOTAL:   $7,478.80      $35.00

| Equipment Description | | Replacement Cost | Current Value |
|---|---|---|---|
| Carry case for computer | No | 50.00 | 0.00 |
| Computer | No | 2,752.80 | 0.00 |
| Computer Program | No | 100.00 | 0.00 |
| Key-Board Shelf | No | 278.00 | 10.00 |
| Printer | No | 3,898.00 | 0.00 |
| Projector | No | 400.00 | 25.00 |

**Department No. & Name**
**Seven / 7 COFFEE CENTER**          DEPARTMENT SUB- TOTAL:   $240.00      $15.00

| Equipment Description | | Replacement Cost | Current Value |
|---|---|---|---|
| Coffee Maker | No | 60.00 | 0.00 |
| Norelco Hot plate | No | 20.00 | 0.00 |
| Refrigerator | No | 125.00 | 10.00 |
| Tray/sugar-creamer | No | 35.00 | 5.00 |

**Department No. & Name**
**Nine / 9   PROFESSIONAL LIBRARY**          DEPARTMENT SUB- TOTAL:   $1,110.00      $200.00

| Equipment Description | | Replacement Cost | Current Value |
|---|---|---|---|
| Font  Software | No | 10.00 | 0.00 |
| Software | No | 500.00 | 150.00 |
| Software | No | 500.00 | 25.00 |

rja/a
richard james abrham / architects

# OFFICE EQUIPMENT INVENTORY

DATE THIS PRINTING: 10/11/2008

| | | | |
|---|---|---|---|
| Software | No | 100.00 | 25.00 |
| **GRAND TOTAL:** | | **$50,927.30** | **$4,566.00** |
| **EXEMPT ITEMS TOTAL:** | | | **$2,046.00** |

rja/a
richard james abrham / architects