# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
      §
RICHARD JAMES ABRHAM § Case No. 08-27606
      §
      Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ ___ , and now requests reimbursement for expenses of $ ___ , for total expenses of $ _____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Frances Gecker_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 08-27606 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | RICHARD JAMES ABRHAM | | | | Date Filed (f) or Converted (c): | 10/15/2008 (f) |
| | | | | | 341(a) Meeting Date: | 11/26/2008 |
| For Period Ending: | 01/28/2015 | | | | Claims Bar Date: | 11/01/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate | 713,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 5,684.00 | 5,684.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 500.00 | 500.00 | | 0.00 | FA |
| 6. STOCK | 0.00 | 0.00 | | 0.00 | FA |
| 7. ACCOUNTS RECEIVABLE | 53,583.00 | 53,583.00 | | 0.00 | FA |
| 8. AUTOMOBILES, TRUCKS, TRAILERS | 20,000.00 | 0.00 | | 0.00 | FA |
| 9. OFFICE EQUIPMENT | 4,566.00 | 1,250.00 | | 0.00 | FA |
| 10. Adversary Proceeding (Blavvise & Brown)    (u) | Unknown | 1,300.00 | | 1,300.00 | FA |
| 11. Post-Petition Interest Deposits    (u) | 0.00 | N/A | | 0.59 | FA |
| 12. Adversary Proceeding (Allied Plumbing)    (u) | 0.00 | 800.00 | | 800.00 | FA |
| 13. Adversary Proceeding (Weitzman Realty)    (u) | 0.00 | 3,887.50 | | 2,000.00 | FA |
| 14. Adversary Proceeding (Oakland Park Point) (u) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $801,833.00 | $69,004.50 | | $4,100.59 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS SUBMITTED A FINAL REPORT FOR REVIEW AND FILING.

| | | | |
|---|---|---|---|
| RE PROP # | 7 | -- | Outstanding Invoices to RJA-Architects, LLC |
| RE PROP # | 8 | -- | 2007 Pontiac G6 |
| RE PROP # | 14 | -- | Adversary Case |

Initial Projected Date of Final Report (TFR): 12/31/2010     Current Projected Date of Final Report (TFR): 02/15/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 08-27606 | Trustee Name: | Frances Gecker | |
| Case Name: | RICHARD JAMES ABRHAM | Bank Name: | Bank of America | |
| | | Account Number/CD#: | XXXXXX5748 | |
| | | | MONEY MARKET | |
| Taxpayer ID No: | XX-XXX4917 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/28/2015 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/29/10 | 10 | BLAVVISE & BROWNE INVESTMENT GROUP<br>30 W. 14th Street Chicago, IL 60605 | Adversary Settlement | 1241-000 | $1,300.00 | | $1,300.00 |
| 07/30/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | $0.03 | | $1,300.03 |
| 08/31/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | $0.03 | | $1,300.06 |
| 09/30/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | $0.03 | | $1,300.09 |
| 10/29/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | $0.03 | | $1,300.12 |
| 11/30/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | $0.03 | | $1,300.15 |
| 12/08/10 | 12 | ALLIED PLUMBING & HEATING SUPPLY<br>6949 W. Irving Park Rd. Chicago, IL 60634 | Adversary Settlement | 1241-000 | $800.00 | | $2,100.15 |
| 12/31/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | $0.05 | | $2,100.20 |
| 01/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | $0.05 | | $2,100.25 |
| 02/15/11 | 13 | WEITZMAN REALTY ASSOCIATES, LLC<br>P.O. Box 87655 Chicago, IL 60680 | Adversary Settlement | 1241-000 | $2,000.00 | | $4,100.25 |
| 02/28/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.02 | | $4,100.27 |
| 03/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,100.30 |
| 04/29/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,100.33 |
| 05/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,100.37 |
| 06/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,100.40 |
| 07/29/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,100.43 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*          Page Subtotals:          $4,100.43          $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-27606 | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | RICHARD JAMES ABRHAM | | Bank Name: | Bank of America |
| | | | Account Number/CD#: | XXXXXX5748 |
| | | | | MONEY MARKET |
| Taxpayer ID No: | XX-XXX4917 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/28/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,100.47 |
| 09/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,100.50 |
| 10/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,100.53 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $5.22 | $4,095.31 |
| 11/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,095.34 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $5.05 | $4,090.29 |
| 12/29/11 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | $0.03 | | $4,090.32 |
| 12/29/11 | | Transfer to Acct # XXXXXX2178 | Bank Funds Transfer | 9999-000 | | $4,090.32 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,100.59 | $4,100.59 |
| Less: Bank Transfers/CD's | $0.00 | $4,090.32 |
| Subtotal | $4,100.59 | $10.27 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,100.59 | $10.27 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*      Page Subtotals:      $0.16      $4,100.59

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 08-27606  
Case Name: RICHARD JAMES ABRHAM  
Taxpayer ID No: XX-XXX4917  
For Period Ending: 01/28/2015  

Trustee Name: Frances Gecker  
Bank Name: Congressional Bank  
Account Number/CD#: XXXXXX2178  
GENERAL CHECKING  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/11 | | Transfer from Acct # XXXXXX5748 | Bank Funds Transfer | 9999-000 | $4,090.32 | | $4,090.32 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $4,090.32 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $4,090.32 | $4,090.32 |
| Less: Bank Transfers/CD's | $4,090.32 | $4,090.32 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                              Page Subtotals:          $4,090.32          $4,090.32

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-27606 | Trustee Name: | Frances Gecker |
| Case Name: | RICHARD JAMES ABRHAM | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX6907 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX4917 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/28/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $4,090.32 | | $4,090.32 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $3.33 | $4,086.99 |
| 03/11/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEES | 2600-000 | | $6.67 | $4,080.32 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,070.32 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,060.32 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,050.32 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,040.32 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,030.32 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,020.32 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,010.32 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,000.32 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,990.32 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,980.32 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,970.32 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,960.32 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,950.32 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,940.32 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*    Page Subtotals:    $4,090.32    $150.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 08-27606 | Trustee Name: Frances Gecker |
| Case Name: RICHARD JAMES ABRHAM | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX6907 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX4917 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/28/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,930.32 |
| 01/28/15 | 10000 | Clerk of the U.S. Bankruptcy Court United States Bankruptcy Court 219 S. Dearborn Street, 7th Fl. Chicago, IL 60604 | Filing Fees for Adversary Cases | 2700-000 | | $1,000.00 | $2,930.32 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $4,090.32 | $1,160.00 |
| | Less: Bank Transfers/CD's | $4,090.32 | $0.00 |
| | Subtotal | $0.00 | $1,160.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $0.00 | $1,160.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*        Page Subtotals:        $0.00        $1,010.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2178 - GENERAL CHECKING | $0.00 | $0.00 | $0.00 |
| XXXXXX5748 - MONEY MARKET | $4,100.59 | $10.27 | $0.00 |
| XXXXXX6907 - GENERAL CHECKING | $0.00 | $1,160.00 | $2,930.32 |
| | $4,100.59 | $1,170.27 | $2,930.32 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,100.59 |
| Total Gross Receipts: | $4,100.59 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:08-27606-CAD  
Debtor Name: RICHARD JAMES ABRHAM  
Claims Bar Date: 11/1/2010

Date: January 28, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 70 7100 | CASABLANCA LOFTS LLC C/O MARK J ROSE ESQ 20 W ADAMS ST STE 2850 CHICAGO, IL 60606 | Unsecured | (1-1) NON-DISCHARGEABLE JUDGMENT UNDER 11 UC 523(A)(2)(A) (1-1) MODIFIED TO CORRECT CREDITORS ADDRESS (MODIFIED ON 10/06/2010)VB | $0.00 | $1,636,200.48 | $1,636,200.48 |
| 100 2100 | Frances Gecker 325 N. LaSalle Street Chicago, IL 60654 | Administrative | | $0.00 | $1,025.15 | $1,025.15 |
| 100 2700 | CLERK OF THE U. S. BANKRUPTCY COURT CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET, 7TH FL. CHICAGO, ILLINOIS 60604 | Administrative | | $0.00 | $1,000.00 | $1,000.00 |
| | Case Totals | | | $0.00 | $1,638,225.63 | $1,638,225.63 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1    Printed: January 28, 2015

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-27606
Case Name: RICHARD JAMES ABRHAM
Trustee Name: Frances Gecker

Balance on hand                                                        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ | $ | $ |
| Charges: CLERK OF THE U. S. BANKRUPTCY COURT | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CASABLANCA LOFTS LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE