UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RICHARD JAMES ABRHAM § Case No. 08-27606
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
               219 S. Dearborn Street
               Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/04/2015 in Courtroom 742 (Judge Doyle),
               EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
               219 S. DEARBORN STREET
               CHICAGO, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RICHARD JAMES ABRHAM § Case No. 08-27606
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,100.59 |
| and approved disbursements of | $ | 1,170.27 |
| leaving a balance on hand of[1] | $ | 2,930.32 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 1,025.15 | $ 0.00 | $ 1,025.15 |
| Charges: CLERK OF THE U. S. BANKRUPTCY COURT | $ 1,000.00 | $ 1,000.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,025.15 |
| Remaining Balance | $ | 1,905.17 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,636,200.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CASABLANCA LOFTS LLC | $ 1,636,200.48 | $ 0.00 | $ 1,905.17 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,905.17 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Richard James Abrham  
      Debtor

Case No. 08-27606-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: cgreen      Page 1 of 1      Date Rcvd: Feb 03, 2015  
                    Form ID: pdf006      Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2015.
```
db             +Richard James Abrham,    Six East Monroe Street,    Unit 300,    Chicago, IL 60603-2738
aty            +Robert B Talan,    Talan & Ktsanes,    300 W Adams,    Ste 840,    Chicago, Il 60606-5109
aty            +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
12715951       +American Rigging Services Inc,    2304 Spring Ridge dRIVE,    Spring Grove,IL 60081-8646
12715946       +Barbara J W Abrham,    1455 N Sandburg Terr,    Chicago,IL 60610-1566
12715948       +Casablanca Lofts LLC,    c/o Mark J Rose Esq,    20 W Adams St Ste 2850,    Chicago IL 60603
12715949       +Fire Control,    255 Alderman Avenue,    Wheeling,Illinois 60090-6505
12715501       +Lakeside Bank,    1055 W Roosevelt Rd,    Chicago,Illinois 60608-1559
12715953       +M & B Electric,    Micheal Borcean,    609 W Edgewood Rd,    Lombard,IL 60148-3233
12715947       +Mentor Building,    Condominium Association,    Six East Monroe Street,
                 Chicago,Illinois 60603-2704
12715950        St Johns Plumbing,    1045 Algonquin Road,    Algonquin,IL 60102
12715952        Yellow Pages United,    PO Box 95450,    Atlanta,GA 30347
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2015 at the address(es) listed below:
```
              David R Herzog    on behalf of Defendant Richard James Abrham drhlaw@mindspring.com,
               herzogschwartz@gmail.com
              Frances Gecker    fgecker@fgllp.com,    fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Mark J Rose    on behalf of Plaintiff Casablanca  Lofts LLC mjroseesq@aol.com
              Mark J Rose    on behalf of Creditor Lofts LLC  Casablanca mjroseesq@aol.com
              Micah R Krohn    on behalf of Trustee Frances  Gecker mkrohn@fgllp.com,
               ccarpenter@fgllp.com;csmith@fgllp.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C. Nabhani    on behalf of Defendant   Weitzman Realty Associates, LLC pcnabhani@gmail.com
              Povilas K Zukauskas    on behalf of Defendant   Blavvise & Brown Investment Group, Inc.
               pzukauskas@jnlegal.net
              Robert A. Habib    on behalf of Defendant   Weitzman Realty Associates, LLC
               robert_habib@hotmail.com
              Shelly A. DeRousse    on behalf of Creditor   Monroe Forest View, LLC sderousse@freeborn.com,
               bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
              William Cross    on behalf of Plaintiff Frances  Gecker wcross@fslegal.com
              Zane L Zielinski    on behalf of Plaintiff Frances  Gecker zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com
              Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com
                                                                                             TOTAL: 13
```