UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| RICHARD JAMES ABRHAM | § § | Case No. 08-27606 |
| Debtor(s) | § § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

     Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on                  . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Frances Gecker_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | | | | | |
| BANK OF AMERICA | | | | | |
| Bank of New York Mellon | | | | | |
| CLERK OF THE U. S. BANKRUPTCY COURT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMERICAN RIGGING SERVICES, INC. | | | | | |
| | FIRE CONTROL | | | | | |
| | M&B ELECTRIC | | | | | |
| | ST. JOHNS PLUMBING | | | | | |
| | YELLOW PAGES | | | | | |
| 1 | CASABLANCA LOFTS LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 08-27606 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | RICHARD JAMES ABRHAM | | | | Date Filed (f) or Converted (c): | 10/15/2008 (f) |
| | | | | | 341(a) Meeting Date: | 11/26/2008 |
| For Period Ending: | 06/15/2015 | | | | Claims Bar Date: | 11/01/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate | 713,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 5,684.00 | 5,684.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 500.00 | 500.00 | | 0.00 | FA |
| 6. STOCK | 0.00 | 0.00 | | 0.00 | FA |
| 7. ACCOUNTS RECEIVABLE  Outstanding Invoices to RJA-Architects, LLC | 53,583.00 | 53,583.00 | | 0.00 | FA |
| 8. AUTOMOBILES, TRUCKS, TRAILERS  2007 Pontiac G6 | 20,000.00 | 0.00 | | 0.00 | FA |
| 9. OFFICE EQUIPMENT | 4,566.00 | 1,250.00 | | 0.00 | FA |
| 10. Adversary Proceeding (Blavvise & Brown)     (u) | Unknown | 1,300.00 | | 1,300.00 | FA |
| 11. Post-Petition Interest Deposits      (u) | 0.00 | N/A | | 0.59 | FA |
| 12. Adversary Proceeding (Allied Plumbing)    (u) | 0.00 | 800.00 | | 800.00 | FA |
| 13. Adversary Proceeding (Weitzman Realty)    (u) | 0.00 | 3,887.50 | | 2,000.00 | FA |
| 14. Adversary Proceeding (Oakland Park Point) (u)  Adversary Case | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $801,833.00 | $69,004.50 | | $4,100.59 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS MADE FINAL DISTRIBUTION AND WILL FILE A TDR ONCE ALL CHECKS HAVE CLEARED THE BANK.

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

Initial Projected Date of Final Report (TFR): 12/31/2010     Current Projected Date of Final Report (TFR): 02/15/2015     Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 08-27606 | Trustee Name: Frances Gecker |
| Case Name: RICHARD JAMES ABRHAM | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX5748 |
| | MONEY MARKET |
| Taxpayer ID No: XX-XXX4917 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/15/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/29/10 | 10 | BLAVVISE & BROWNE INVESTMENT GROUP<br>30 W. 14th Street Chicago, IL  60605 | Adversary Settlement | 1241-000 | $1,300.00 | | $1,300.00 |
| 07/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | $0.03 | | $1,300.03 |
| 08/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | $0.03 | | $1,300.06 |
| 09/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | $0.03 | | $1,300.09 |
| 10/29/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | $0.03 | | $1,300.12 |
| 11/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | $0.03 | | $1,300.15 |
| 12/08/10 | 12 | ALLIED PLUMBING & HEATING SUPPLY<br>6949 W. Irving Park Rd. Chicago, IL  60634 | Adversary Settlement | 1241-000 | $800.00 | | $2,100.15 |
| 12/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | $0.05 | | $2,100.20 |
| 01/31/11 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | $0.05 | | $2,100.25 |
| 02/15/11 | 13 | WEITZMAN REALTY ASSOCIATES, LLC<br>P.O. Box 87655 Chicago, IL  60680 | Adversary Settlement | 1241-000 | $2,000.00 | | $4,100.25 |
| 02/28/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.02 | | $4,100.27 |
| 03/31/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.03 | | $4,100.30 |
| 04/29/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.03 | | $4,100.33 |
| 05/31/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.04 | | $4,100.37 |
| 06/30/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.03 | | $4,100.40 |
| 07/29/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.03 | | $4,100.43 |

Page Subtotals:     $4,100.43     $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 08-27606 | Trustee Name: Frances Gecker |
| Case Name: RICHARD JAMES ABRHAM | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX5748 |
| | MONEY MARKET |
| Taxpayer ID No: XX-XXX4917 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/15/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,100.47 |
| 09/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,100.50 |
| 10/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,100.53 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $5.22 | $4,095.31 |
| 11/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,095.34 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $5.05 | $4,090.29 |
| 12/29/11 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | $0.03 | | $4,090.32 |
| 12/29/11 | | Transfer to Acct # XXXXXX2178 | Bank Funds Transfer | 9999-000 | | $4,090.32 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $4,100.59 | $4,100.59 |
| Less: Bank Transfers/CD's | $0.00 | $4,090.32 |
| Subtotal | $4,100.59 | $10.27 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,100.59 | $10.27 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Page Subtotals: $0.16 $4,100.59

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-27606 | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | RICHARD JAMES ABRHAM | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | XXXXXX2178 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX4917 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/15/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/11 | | Transfer from Acct # XXXXXX5748 | Bank Funds Transfer | 9999-000 | $4,090.32 | | $4,090.32 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $4,090.32 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $4,090.32 | $4,090.32 |
| Less: Bank Transfers/CD's | $4,090.32 | $4,090.32 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $4,090.32   $4,090.32

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 08-27606 | Trustee Name: Frances Gecker | |
| Case Name: RICHARD JAMES ABRHAM | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX6907 | |
| | GENERAL CHECKING | |
| Taxpayer ID No: XX-XXX4917 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/15/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $4,090.32 | | $4,090.32 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $3.33 | $4,086.99 |
| 03/11/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEES | 2600-000 | | $6.67 | $4,080.32 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,070.32 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,060.32 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,050.32 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,040.32 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,030.32 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,020.32 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,010.32 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,000.32 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,990.32 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,980.32 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,970.32 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,960.32 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,950.32 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,940.32 |

Page Subtotals: $4,090.32   $150.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-27606 | Trustee Name: | Frances Gecker |
| Case Name: | RICHARD JAMES ABRHAM | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX6907 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX4917 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/15/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,930.32 |
| 01/28/15 | 10000 | Clerk of the U.S. Bankruptcy Court<br>United States Bankruptcy Court<br>219 S. Dearborn Street, 7th Fl.<br>Chicago, IL  60604 | Filing Fees for Adversary Cases | 2700-000 | | $1,000.00 | $2,930.32 |
| 03/05/15 | 10001 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL  60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,025.15 | $1,905.17 |
| 03/05/15 | 10002 | CASABLANCA LOFTS LLC<br>C/O MARK J ROSE ESQ<br>20 W ADAMS ST STE 2850<br>CHICAGO, IL  60606 | Final distribution to claim 1 representing a payment of 0.12 % per court order. | 7100-000 | | $1,905.17 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,090.32 | $4,090.32 |
| Less: Bank Transfers/CD's | $4,090.32 | $0.00 |
| Subtotal | $0.00 | $4,090.32 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $4,090.32 |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Page Subtotals:    $0.00    $3,940.32

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2178 - GENERAL CHECKING | $0.00 | $0.00 | $0.00 |
| XXXXXX5748 - MONEY MARKET | $4,100.59 | $10.27 | $0.00 |
| XXXXXX6907 - GENERAL CHECKING | $0.00 | $4,090.32 | $0.00 |
|  | $4,100.59 | $4,100.59 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,100.59 |
| Total Gross Receipts: | $4,100.59 |

Page Subtotals:                           $0.00         $0.00